This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**AEI NET LEASE INCOME & GROWTH FUND XX, Limited Partnership; GLENN FRESE, Successor Trustee of the Simcoe Trust; HIGHGROVE CONSULTING AGENCY, INC.; and JOAN KOLLER, Trustee of the Joan Koller Trust,**

     **Plaintiffs-Appellees,**

**v.**                               No. A-1-CA-36796

**MARK A. BENSON, Trustee of the Mark A. Benson Living Trust,**

     **Defendant-Appellant.**

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Nancy Jean Franchini, District Judge**

Leslie McCarthy Apodaca
Albuquerque, NM.

for Appellees

Fuqua Law & Policy, PC
Scott Fuqua
Santa Fe, NM

for Appellant

# MEMORANDUM OPINION

**VIGIL, Judge.**

{1}   Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

{2}   **AFFIRMED.**

{3}   **IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR**:

_____
**LINDA M. VANZI, Chief Judge**

_____
**DANIEL J. GALLEGOS, Judge**